OPINION OF THE COURT
 

 Memorandum.
 

 The order of the Appellate Division should be reversed and the indictment dismissed.
 

 At the time of defendant’s arrest, a closed cassette box on the ground near the defendant was seized. Once the police had possession of the box, there was no reason to expect the destruction of evidence. Nor was there any indication that the officers had reason to fear for their safety. The box should not have been opened until a search warrant had been obtained. The failure to follow that course impermissibly trespassed upon defendant’s privacy interests in the box and therefore mandated suppression of its contents (see, e.g.,
 
 People v Roman,
 
 53 NY2d 39;
 
 People v Belton,
 
 50 NY2d 447, cert granted 449 US 1109).
 

 Chief Judge Cooke and Judges Gabrielli, Jones, Wachtler, Puchsberg and Meyer concur in memorandum; Judge Jasen concurs on constraint of
 
 People v Belton
 
 (50 NY2d 447).
 

 Order reversed, etc.